

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-4-1999

# Chiropractic America v. Lavecchia

Precedential or Non-Precedential:

Docket 99-5060

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

## Recommended Citation

"Chiropractic America v. Lavecchia" (1999). *1999 Decisions.* Paper 115.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/115

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                  UNITED STATES COURT OF APPEALS
                      FOR THE THIRD CIRCUIT




                            No. 99-5060
                 Chiropractic America v. Lavecchia


        The following modifications have been made to the
    Court's opinion issued on April 14, 1999 in the above-
    entitled appeal and will appear as part of the final
    version of the opinion:


        The name of the attorney who argued for Appellees was misspelled.
    Please
    change "Yanotti  to "Yannotti".




                                /s/ P. Douglas Sisk,
                                        Clerk




    May 4, 1999
```